Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

vs

IN & OUT CAR WASH, INC. dba NORTH PARK CAR WASH; DOUBLE D & DOUBLE J, LLC and DOES 1 THROUGH 10, Inclusive

    Defendants.

SUMMONS IN A CIVIL ACTION
Case No.

'07 CV 2026 DMS (WMC)

TO: (Name and Address of Defendant)

*DOUBLE D & DOUBLE J, LLC*
*Agent: Donald Macek*
*3615 Monte Real*
*Escondido, CA 92029*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 1 9 2007

W. Samuel Hamrick, Jr.

CLERK                                DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/20/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| JACK YOUNG | REGISTERED CALIFORNIA PROCESS SERVER, # 809 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   DOUBLE D & DOUBLE J, LLC, BY SERVING AGENT FOR SERVICE: DONALD MACEK
   3615 MONTE REAL ESCONDIDO, CA 92029

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/19/2007
              Date          Signature of Server

              P.O BOX 1794 EL CAJON, CA 92022
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.