| | |
|---|---|
| Joseph J. Barr, Jr.; State Bar No.: 91940<br>LAW OFFICES OF JOSEPH BARR & ASSOCIATES<br>501 West Broadway, Suite 2080<br>San Diego, California 92101<br>(619) 235-0444<br>(619) 235-0650<br><br>**Attorneys for**: Defendants IN & OUT CAR WASH, INC. DBA NORTH PARK CARWASH, a California corporation, AND DOUBLE D & DOUBLE J, LLC, a California Limited Liability Company | |
| UNITED STATES DISTRICT COURT,<br>SOUTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF(S): KAREL SPIKES | JUDGE:<br>DEPT: |
| DEFENDANT(S): IN & OUT CAR WASH, INC. dba, NORTH PARK CAR WASH; DOUBLE D & DOUBLE J, LLC and DOES 1 THROUGH 10, Inclusive | DATE:<br>TIME: |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER: '07 CV 2026 DMS (WMC) |

I, LINDA A. WEBB, certify and declare as follows:

I am and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action. My business address is 501 West Broadway, Suite 2080, San Diego, California 92101, which is located in the county where the mailing described below took place.

On January 10, 2008, I deposited in the mail at San Diego, California, the following documents:

1) **ANSWER OF DEFENDANTS IN & OUT CAR WASH, INC. DBA NORTH PARK CAR WASH AND DOUBLE D & DOUBLE J, LLC TO PLAINTIFF'S CIVIL COMPLAINT**

by placing in a sealed envelope, with postage fully prepaid, addressed to:

Amy B. Vandeveld, Esq.
Law Offices of Amy Vandeveld
1850 Fifth Avenue
San Diego, CA 92101
T.:     (619) 231-8883
F.:     (619) 231-8329
Attorney for Plaintiff

I certify and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on January 10, 2008              Signature:   s/ Linda A. Webb
                                                        Linda A. Webb

---

**PROOF OF SERVICE BY MAIL**