1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| KAREL SPIKES, | CASE NO. 07cv2026-DMS (WMc) |
|---|---|
| Plaintiff, | ORDER RE: EARLY NEUTRAL EVALUATION CONFERENCE |
| vs. | |
| IN & OUT CAR WASH, | |
| Defendant. | |

Due to a conflict in the Court's calendar the Early Neutral Evaluation Conference (ENE) currently scheduled for February 22, 2008, is continued to **February 26, 2008 at 9:00 a.m.** and will be held **TELEPHONICALLY**. Counsel are required to participate. Parties are not required to participate. **Counsel for Plaintiff is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.**

IT IS SO ORDERED.

DATED: February 11, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court