# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KAREL SPIKES,<br><br>                                Plaintiff,<br>   vs.<br><br>IN & OUT CAR WASH, INC., et al.,<br><br>                              Defendant. | CASE NO. 07cv2026-DMS (WMc)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |
|---|---|

On February 26, 2008, the Court convened a telephonic Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff was Amy Vandeveld, Esq. Appearing for Defendant was Joe Barr, Esq.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *March 21, 2008*;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *March 31, 2008.* Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *April 4, 2008*;

4. Counsel are ordered to appear ***telephonically on April 9, 2008*** at ***9:00 a.m.*** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

**Counsel for plaintiff is instructed to initiate the call.**

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: February 26, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court