# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>                    Plaintiff,<br>    vs.<br>IN & OUT CAR WASH,<br><br>                    Defendant. | CASE NO. 07cv2026-DMS (WMc)<br><br>ORDER |

A telephonic Case Management Conference was held on April 9, 2008, in the above captioned case. Participating were Amy Vandeveld, Esq.(counsel for plaintiff), and Joe Barr, Esq.(counsel for defendant). After being advised by counsel of the status of the case regarding the progress made toward settlement, the Court issues the following Order:

- A settlement conference regarding the issue of attorney fees will be scheduled for **May 7, 2008, at 9:45 a.m.** Counsel are required to appear. Parties are not required to appear.

IT IS SO ORDERED.

DATED: April 9, 2008

*(signature)*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court