Amy B. Vandeveld, State Bar No. 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>    Plaintiff,<br><br>vs.<br><br>IN & OUT CAR WASH, INC. dba NORTH PARK CAR WASH; DOUBLE D & DOUBLE J, LLC and DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | Case No.: 07 CV 2026 DMS (WMc)<br><br>NOTICE OF SETTLEMENT |

   NOTICE is hereby given that this case has settled.  The parties expect that they will be able to file the Joint Motion for Dismissal on or before September 1, 2008.

                           LAW OFFICES OF AMY B. VANDEVELD

DATED:   7/14   , 2008    s/AMY B. VANDEVELD
                         Attorney for Plaintiff
                         Email: abvusdc@hotmail.com

## PROOF OF SERVICE

I, the undersigned, declare that: I am authorized to serve the following document(s) in the within action pursuant to F.R.Civ.P. 4(c) and that the documents were served on today's date as follows:

1. **Case Name/USDC Number:**
   **Spikes v. In & Out Car Wash, Inc. dba North Park Car Wash**
   USDC No.: 07 cv 2026 DMS (Wmc)

2. **Document(s) served:**
   **NOTICE OF SETTLEMENT**

3. **Person(s) served/Place of service:**
   Joseph J. Barr, Esq.
   **LAW OFFICES OF JOSEPH BARR & ASSOCIATES**
   501 West Broadway, Suite 2080
   San Diego, CA 92101-3579
   Facsimile: (619) 235-0650
   Counsel for Defendants

4. **Manner of Service:**

   ____ (a) **Personal Service:** By handing copies of the document(s) to the person served [F.R.Civ.P. 5(b)(2)(A)].

   ✓ (b) **Service by Mail:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. [F.R.Civ.P. 5(b)(2)(B); Cal. Code of Civil Procedure, Sections 1013a, 2015]

   ____ (c) **Facsimile Transmission:** From Fax No. (619) 231-8329 to the facsimile number(s) listed on this proof of service. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. [[F.R.Civ.P. 5(b)(2)(D)].

   I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed On: __7/14/08__

By: _____
LAURIE MILLER

1