# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>                Plaintiff,<br>vs.<br>IN & OUT CAR WASH,<br><br>                Defendant. | CASE NO. 07cv2026-DMS (WMc)<br><br>ORDER |

On July 22, 2008, the parties notified the Court a settlement has been reached in the above captioned case. Therefore, a telephonic Settlement Disposition Conference will be held *September 4, 2008*, at *9:15 a.m.* in the chambers of Magistrate Judge William McCurine, Jr. unless a signed joint motion for dismissal of this case is filed and **a copy of the joint motion is provided to the chambers of Magistrate Judge McCurine, Jr. prior to that time**.

IT IS SO ORDERED.

DATED: July 25, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court