```
Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for KAREL SPIKES
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>            Plaintiff,<br><br>vs.<br><br>IN & OUT CAR WASH, INC. dba NORTH PARK CAR WASH; DOUBLE D & DOUBLE J, LLC and DOES 1 THROUGH 10, Inclusive,<br><br>            Defendants. | Case No.: 07 CV 2026 DMS (WMc)<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

   **IT IS HEREBY STIPULATED** by and between KAREL SPIKES, Plaintiff, on the one hand, and IN & OUT CAR WASH, INC. dba NORTH PARK CAR WASH and DOUBLE D & DOUBLE J, LLC, Defendants, on the other hand, (hereinafter "the Parties") through their respective attorneys of record that said Parties have agreed to resolve the case between them by way of settlement.

   The Parties further stipulate that Magistrate Judge William McCurine, or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all disputes between the Parties arising out of the Settlement Agreement including, but not limited to, interpretation and enforcement of the terms of the

09/03/2008 15:08   6192350650                JOSEPH BARR ASSOC                         PAGE 03/04
07/22/2028 14:10   1                         VANDEVELDESQ                              PAGE 13

1 | Settlement Agreement.
2 |     The Parties further stipulate, pursuant to Federal Rules of
3 | Civil Procedure 41(a) (1,2), that this Court enter a dismissal of
4 | Plaintiff's Complaint in USDC Case No. 07 cv 2026 DMS (WMc) in
5 | its entirety and with prejudice. The Parties further stipulate
6 | that each shall bear its, his or her own costs and fees with
7 | respect to any claims they may have against each other in the
8 | instant action, except as otherwise set forth in the Settlement
9 | Agreement.
10 |     IT IS SO STIPULATED.
11 |         LAW OFFICES OF AMY B. VANDEVELD
13 | DATED: _____  S/Amy B. Vandeveld
14 |         AMY B. VANDEVELD,
         Attorney for Plaintiff
15 |         E-mail: abvusdc@hotmail.com
17 |         LAW OFFICES OF JOSEPH BARR &
         ASSOCIATES
19 | DATED: 8-27-08  By:  [signature]
20 |         JOSEPH J. BARR, JR., ESQ.
         Attorney for Defendants

Settlement Agreement.

The Parties further stipulate, pursuant to Federal Rules of Civil Procedure 41(a) (1,2), that this Court enter a dismissal of Plaintiff's Complaint in USDC Case No. 07 cv 2026 DMS (WMc) in its entirety and with prejudice. The Parties further stipulate that each shall bear its, his or her own costs and fees with respect to any claims they may have against each other in the instant action, except as otherwise set forth in the Settlement Agreement.

**IT IS SO STIPULATED.**

LAW OFFICES OF AMY B. VANDEVELD

DATED: _____

S/Amy B. Vandeveld
AMY B. VANDEVELD,
Attorney for Plaintiff
E-mail: abvusdc@hotmail.com

LAW OFFICES OF JOSEPH BARR & ASSOCIATES

DATED: _____   By: _____
JOSEPH J. BARR, JR., ESQ.
Attorney for Defendants

2