Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for KAREL SPIKES

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>           Plaintiff,<br><br>vs.<br><br>IN & OUT CAR WASH, INC. dba NORTH PARK CAR WASH; DOUBLE D & DOUBLE J, LLC and DOES 1 THROUGH 10, Inclusive,<br>           Defendants. | Case No.: 07 CV 2026 DMS (WMc)<br><br>**ORDER ON MOTION/STIPULATION OF DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY ORDERED,** that Magistrate Judge William McCurine or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement.  The terms of the Settlement Agreement are hereby incorporated in this Order.

It is further ordered that the Complaint in USDC Case No. 07 CV 2026 DMS (WMc) is hereby dismissed in its entirety and with prejudice.  The Parties shall each bear its, his or her own costs and fees, except as otherwise set forth in the Settlement Agreement, which is **incorporated herein by reference.**

**IT IS SO ORDERED.**

1

DATED: September 4, 2008

_____
HON. DANA M. SABRAW
United States District Judge

2